UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

AARON EMORY POLLOCK,
    Plaintiff,   :   NO. 1:20-CV-01671

-vs-   :   (SCHWAB, M.J.)

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.

## JUDGMENT ORDER

AND NOW, this 21st day of April, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

SUSAN E. SCHWAB
U.S. MAGISTRATE JUDGE